February 24, 2022

MAR 02 2022
Nathan Ochsner, Clerk
Laredo Division

LEGAL

Frank Joseph Sawka-Inmate s.i.d. no. 8898457 473405MD3
T.D.C.J.-I.D.-N4 Unit Dolph Briscoe-Cotulla Facility
610 Ranch 624 Rd. HC62 Box 100
Cotulla, TX 78014-5022   Fed.Tex.Bar Lic.no. _____

United States District Court Laredo Division Clerk
Judicial Southern District (Texas) to S.C.O.T.U.S.A.
% Aimee Veliz, Deputy-District Clerk Darlene Hansen
George P. Kazen Federal Building COURTHOUSE
1300 Victoria St. Room 1131
Laredo, TX 78040
Attention: Civil Matters-Deputy (A.) Veliz-in charge
Sawka v. Texas Department of Criminal Justice, et al.
(2/2022; D.J., Kazen (G.)[Senior])

RE: Tendering initial attempt on exhaustion to Statutory Prison Grievance O.G.C.M. protocol went evasive and futile pattern, made through failure of State to inquire into allegations on merits thereby inherent fact being harm continues coincidental screening method yields loophole however official attempts in part failure upon ministerial action, bad faith deprivation exemplifies requisite for Judicial jurisdiction, and oversight to enforce substantive amid procedural protections of Due Process Clause, Fourteenth Amendment on Constitution.

Respectfully District Judge and Clerk Hansen:
Please, would it please the District Court to file: admit after proffer both original State forms #I-127 and #I-128, being shown onto exhaustion prerequisite (Title 28 U.S.C.A. §2254, Title 42 U.S.C.A. §1983 [Thomson 2011]? Thank you. Oath yet on file?

Cordially                Legal Enclosure-U.S.P.S. 1st class 12/19 U.S.A forever
                         1-(1 leaf) Instrument to Dist. Court
473405MD3 Sawka, Frank Joseph   2-(1 leaf) Documentary Plaintiff's
C.JJ., King, Dennis 3           proffer to then admit into evidence
                                (email) Ch. D.J. Rosenthal, D.J. Kazen

Affixed Instrument
COUNSEL: J.R. DAVIS; J.P. THOMAS; E.B. CLAY (210)444-4444/(713)364-8101

F.J.S.
f.j.s

# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: Frank Joseph Sawka   TDCJ #: 1736235
Unit: N4 Cotulla   Housing Assignment: E-13T
Unit where incident occurred: N4 Dolph Briscoe Cotulla E-13

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. CID, Director (P) Lumpkin
Who did you talk to (name, title)? Senior Warden (M.) Ramirez   When? 2021-2022/22/02
What was their response? Inadequate relief from injuries consequential event.
What action was taken? Officials left me with serious bodily injury (altercation)

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I sought State Prison Official's oversight after I was moved from dormitory letter "O", when I had sustained serious bodily injuries using a I-60 and HSA-9 and Step 1 without any reasonable medical care timely given nor prudent dental care through failure to yield adequate relief from injuries having failure to protect the person of mine being Offender 01736235 I.D. Sawka, Frank Joseph, 473-405MD3, from harm by action caused in the altercation then on second quarter 2021, upon security operations emergency response tardy and having failure to prevent injury amid harm attendant in the coincidence. State Police documentation on wounds, detail corroborating medical observation visual and data record being additional to mouth film detail and dental document on radiology X-ray taken of upper molar, impacted tooth incomplete medical diagnosis on follow up to dizziness in the conditions regarding eyesight impediment together rational presence being substantial concussion injury even though I had waited on internal medical audit meant to double check any health injury, the Official was given a I-60 through Warden II written notice on tooth issue where the idea unexplained extraction plan professional claim were both odd depictions to describe detail altogether, being, I've suffered severe harm and injury till now, I understand.

FEB 23, 2022

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

FEB 23, 2022

_____

**Action Requested to resolve your Complaint.** Provide to me relief through the Federal District Court Laredo Div., Southern District of Texas, D.J. Kazen, please. FEB 23, 2022

**Offender Signature:** [signature] **Date:** 02-22-2022

**Grievance Response:**

**Signature Authority:** _____ **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**  *Resubmit this form when the corrections are made.

☑ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** S. Rios / S. Ri

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

**OFFICE USE ONLY**
Initial Submission  UGI Initials: SR
Grievance #: 2022067360
Screening Criteria Used: 899  01
Date Recd from Offender: 2/23/22
Date Returned to Offender: 2/23/22

2nd Submission  UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3rd Submission  UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

I-127 Back (Revised 11-2010)

Appendix F



# Texas Department of Criminal Justice

## STEP 2 OFFENDER GRIEVANCE FORM

E-13

Offender Name: Frank Joseph Sawka  TDCJ # 1736235
Unit: N4 Cotulla  Housing Assignment: E-13T
Unit where incident occurred: N4 Dolph Briscoe-Cotulla

| OFFICE USE ONLY |
| --- |
| Grievance #: |
| UGI Recd Date: |
| HQ Recd Date: |
| Date Due: |
| Grievance Code: |
| Investigator ID#: |
| Extension Date: |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

State Grievance and Institutional Division Warden and Criminal Institutions Division Directors and Warden will not reasonably address fact alleged in context to the detail wrote on Step 1 thereby denied any actual conduct claiming responsibility for welfare and health of mine being consequential illegality through State Prison Officials' omissions and actions, even overly reliant upon cookie cutter answers where Offender Sawka has presented and stated the claim, meantime those Officials' behavior ignore stare decisis with novel rule of both statutory and federal law, I reasoned?

I-128 Front (Revised 11-2010)  **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**  (OVER)

Appendix G

Please submit original Step 1 with Step 2.

**Offender Signature:** _Frank Joseph Stado_   **Date:** 02-23-2022

**Grievance Response:**

**Signature Authority:** _____   **Date:** _____

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**     **CGO Initials:** _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ____ Screened ____ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**2nd Submission**     **CGO Initials:** _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ____ Screened ____ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**3rd Submission**     **CGO Initials:** _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ____ Screened ____ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**I-128 Back** (Revised 11-2010)                               **Appendix G**